IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

LEVORY W. HICKMON, SR.,

        Petitioner,

v.

JULIE JONES, SECRETARY OF
THE DEPARTMENT OF
CORRECTIONS,

        Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-3742

Opinion filed August 9, 2016.

Petition for Writ of Certiorari -- Original Jurisdiction.

Levory W. Hickmon, Sr., pro se, Petitioner.

Pamela Jo Bondi, Attorney General, and William W. Gwaltney, Assistant Attorney General, Tallahassee, for Respondent.

PER CURIAM.

      The petition for writ of certiorari is denied on the merits.

B.L. THOMAS and OSTERHAUS, JJ., CONCUR.  WOLF, J., CONCURS WITH WRITTEN OPINION.

WOLF, J., Concurring.

I believe this prisoner who has been in close management for 7 years is entitled to a broader scope of review by the courts than provided for in this court's en banc opinion in <u>Banks v. Jones</u>, 41 Fla. L. Weekly D1584 (Fla. 1st DCA July 12, 2016). Being bound by <u>Banks</u>, I concur.